**Order filed March 26, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00174-CV**
_____

**TAIMOOR GILANI, Appellant**

**V.**

**RIVER PARK CROSSING, LLC, Appellee**

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-265038**

---

# O R D E R

The notice of appeal in this case was filed February 28, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 10, 2020.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.